UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CAUSE NO. 2:02-CR-0034(01) RM |
| ) | |
| MITCHELL BLAKE ) | |
| ) | |

OPINION AND ORDER

Mitchell Blake, a/k/a "Martin Garnett", filed a letter with the court on May 23, 2005. He asks the court to withdraw the arrest warrant against him and to let him transfer to an Australian prison. His letter suggests his belief that the United States is having him held in Thailand, although in a previous letter he informed the court that since 1993 he has been serving a prison sentence of 26 years and 8 months in Thailand for drug trafficking. Presumably that sentence is based on charges brought by the Thai government since his incarceration began some 9 years before the United States initiated its charges against him. The court sees no reason to withdraw the arrest warrant and is unaware of any authority it might have to order Mr. Blake's transfer from a Thai prison to an Australian prison.

Mr. Blake's letter also makes certain requests of the United States Attorney, so the court DIRECTS the clerk to send a copy of his letter, docket no. 7, to the United States Attorney's Office in Hammond, Indiana.

SO ORDERED.

ENTERED:   May 31, 2005

/s/Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:    M. Blake