UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:02-CR-34(01) RM |
| | ) | |
| MITCHELL BLAKE | ) | |
| | ) | |

OPINION AND ORDER

Mitchell Blake, a/k/a "Martin Garnett", sent a letter asking the court to suspend temporarily the indictment against him in order that he may be transferred from a Thai prison to a prison in his native Australia. The court lacks the authority to suspend an indictment and cannot honor his request. The court DIRECTS the clerk to send a copy of his letter, docket no. 9, to the United States Attorney's Office in Hammond, Indiana.

SO ORDERED.

ENTERED:   June 22, 2005

/s/Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   M. Blake